IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHESTER FINNEY | § | |
| VS. | § | CIVIL ACTION NO. 9:14cv161 |
| TRACY WALTERS, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Chester Finney, an inmate formerly at the Lewis Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.[1]

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the motion to dismiss by defendant University of Texas Medical Branch should be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **23** day of **March, 2018.**

_____

Ron Clark, United States District Judge

---

[1] Plaintiff originally sued Tracy Walters and the University of Texas Medical Branch. However, plaintiff's claims against defendant Tracy Walters were severed from this action and are proceeding as Civil Action Number 9:18cv38, styled *Finney v. Walters*.